STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG      10-CVS-23038

FILED 2010 NOV 17 PM 4:43 MECKLENBURG CO., C.S.C.

THE CARLISLE APARTMENTS, L.P.;
and MCCULLOUGH HARRIS, LLC,

    Plaintiffs,

vs.      **ORDER**

RECAP INVESTMENTS XI-FUND A,
L.P.; RECAP INVESTMENTS XI-FUND
B, L.P.; CARLISLE GP, INC. and GREP
SOUTHEAST, LLC;

    Defendants.

After considering the Complaint and Motion for Temporary Restraining Order, the Affidavit of Donald Phillips, and arguments of counsel, the Court denies Plaintiffs' Motion for Temporary Restraining Order. By hearing this motion and making this Order, the Court has not ruled on the appropriateness of jurisdiction over this legal action. The Court reserves ruling on jurisdictional issues until such issues are properly brought before the Court.

The Court finds that there is not a sufficient basis to grant a temporary restraining order. The Plaintiffs' motion for a temporary restraining order is hereby **DENIED**. The Court makes no findings of fact in this Order.

{EE:00114961.}


EXHIBIT D

The Court's denial of Plaintiffs' motion for a temporary restraining order shall not impact any motion for injunctive relief at a later date. Plaintiffs are free to seek injunctive relief on an expedited basis and the Court hereby shortens the time for notice of a hearing for injunctive relief from 5 days to 24 hours.

Defendants shall make no representation to any court of this ruling other than providing a copy of the Order.

SO ORDERED this 17th day of November, 2010.

_L. Lane Williamson_
Judge Lane Williamson
Mecklenburg County Superior Court

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **ORDER** was delivered to each of the below listed person(s) this date by facsimile, email and by placing the same in an official depository under the exclusive care and custody of the United States Postal Service, addressed as follows:

Stanford R. Solomon
The Solomon Law Group, P.A.
1881 West Kennedy Boulevard
Tampa, FL 33606-1606
Tel: 813-225-1818
Fax: 813-225-1050
*Attorney for Plaintiffs*

Letitia A. McDonald
King & Spalding, LLP
1180 Peachtree Street, N. E.
Atlanta, Georgia 30309-3521
Facsimile: 404-572-5139
*Attorneys for RECAP Investments XI-Fund A, L.P. and RECAP Investments XI-Fund B, L.P.; Carlisle GP, INC. and GREP Southeast, LLC*

Jonathan L. Hochman
Schindler Cohen & Hochman LLP
100 Wall Street
15th Floor
New York, NY 10005
Tel: 212-277-6300
Fax: 212-277-6333
*Attorneys for RECAP Investments XI-Fund A, L.P. and RECAP Investments XI-Fund B, L.P.; Carlisle GP, INC. and GREP Southeast, LLC*

Cory Hohnbaum
David G. Guidry
William Hutchinson
King & Spalding, LLP
100 N. Tryon Street, Suite 3900
Charlotte, NC 28202
Tel: 704-503-2600
Fax: 704-503-2622
*Attorneys for RECAP Investments XI-Fund A, L.P. and RECAP Investments XI-Fund B, L.P.; Carlisle GP, INC. and GREP Southeast, LLC*

**THIS** is the 17th day of November, 2010.

Lex M. Erwin
State Bar No. 34619
ERWIN AND ELEAZER, P.A.
831 E. Morehead Street, Suite 840
Charlotte, North Carolina 28202
Telephone: 704-369-7900
Facsimile: 704-335-5433
*Attorneys for Plaintiffs*

EE:00115085.